# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Rene Delgado

                                        Plaintiff,

v.                                                                            Case No.: 1:12–cv–02596
                                                                              Honorable John J. Tharp Jr.

Union Pacific Railroad Company

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2014:

        MINUTE entry before the Honorable John J. Tharp, Jr: Parties have reached settlement. Trial set for 2/3/14 is terminated. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.